FILE COPY

I, **PAM ESTES, Clerk** of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Juan Enriquez, Plaintiff in the trial court secured an extension of seventy-nine (79) days in which to file Appellant's Brief in the following numbered and entitled cause:

**Juan Enriquez**

**No. 12-14-00016-CV**          **vs.**

**Rick Thaler, et al**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 11 day of December 2015, A.D.



Respectfully yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
      Katrina McClenny, Chief Deputy Clerk